**Order entered July 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01350-CR

**DONALD RAY MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-47067-Y**

## ORDER

We **DENY** appellant's July 1, 2015 motion for a copy of the reporter's record from the appellate clerk.

We **ORDER** Reporter Sharon Hazlewood to file, within **FIFTEEN DAYS** of the date of this order, a copy of the reporter's record with the Dallas County District Clerk as required by Texas Rule of Appellate Procedure 34.6(h).

We **GRANT** appellant's July 1, 2015 motion for extension of time to file appellant's brief.  We **EXTEND** the time to file appellant's brief until **FORTY-FIVE DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE